BEFORE THE SECOND DIVISION, JANUARY 15, 1948

**No. 52117.**—U. S. Rubber Co. *v.* United States, protest 120507–K (Los Angeles).

Opinion by TILSON, J. The record showed that the imported merchandise is used in conjunction with other articles, not imported, in the manufacture or production of automobile tires. However, the record failed to establish that the imported merchandise is an integral, constituent, or component part without which the article to which it is to be joined could not function as such article. The evidence likewise failed to establish that the article to which the imported merchandise is to be joined, is a machine, in and of itself. On the record presented the protest was overruled for failure of proof.

**No. 52118.**—Larry Lasker Co. et al. *v.* United States, protests 496056–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

**No. 52119.**—L. Bamberger & Co. *v.* United States, protests 529559–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52120.**—Larry Lasker Co. *v.* United States, protests 906974–G, etc. (New York).